*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★  ★  ★  ★  ★  ★

# MEMORANDUM OPINION

No. 04-10-00019-CV

**IN RE Jose PALOS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed: January 20, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On January 11, 2010, relator filed a petition for writ of mandamus and a motion for emergency stay. The court has considered relator's petition for writ of mandamus and the emergency motion and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2009-EM5-00896, styled *In the Interest of A.P.,* in the 288th Judicial District Court, Bexar County, Texas, the Honorable Sol Casseb III presiding. However, the order complained of was signed by the Honorable Karen Pozza, presiding judge of the 407th Judicial District Court, Bexar County, Texas.